

# Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Attorneys at Law

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Max Humann
Justin D. Ginter
Erin McCampbell Paris
Lynn M. Bochenek
Jaime Michelle Cain [5]
Richard A. Maltese, Jr.
Dale J. Bauman [2,6]
Karoline R. Faltas-Peppes
Melissa D. Wischerath [7]
Robert M. Corp [9]
Taylor D. Golba
Alexander E. Basinski
Christina M. Croglio
Amy C. Keller [8]
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
John C. Doyle
Hillary E. Panek

OF COUNSEL
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

ALSO ADMITTED IN
1 District of Columbia
2 Florida
3 California
4 Illinois
5 Pennsylvania
6 New Jersey
7 Oregon
8 Massachusetts
9 Connecticut

January 9, 2023

Hon. John L. Sinatra, Jr.
United Stated District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    Bernard v. Town of Evans, et al
            Case No.: 21-cv-1162

Dear Judge Sinatra:

    I am writing to respectfully request a sixty (60) day extension of the Scheduling Order (doc 10) pertaining to expert disclosure from both parties. I have spoken to Ms. Rodgers, and she does not object to the proposed extensions listed below.

    If agreeable to the Court, we would request the following dates with respect to expert disclosure be amended as follows:

| | |
|---|---|
| March 30, 2023 | Plaintiff shall identify any expert witnesses; |
| May 2, 2023 | Defendant shall identify any expert witnesses; and |
| May 31, 2023 | Motions to compel expert disclosures. |

Respectfully submitted,

LIPSITZ GREEN SCIME CAMBRIA, LLP

Robert A. Scalione

RAS:smc

cc:    Jennifer L. Rodgers, Esq.

Email: rscalione@lglaw.com
Direct Dial: 716-849-1333 x386

